## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  **Ridge Home Management, LLC**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  **85-1268401**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **2021 West Washington** <br> **Phoenix, AZ 85009** <br> Number, Street, City, State & ZIP Code | **8800 West Charleston Boulevard** <br> **Suite 102** <br> **Las Vegas, NV 89146** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa** <br> County | Location of principal assets, if different from principal place of business <br> **2021 West Washington Phoenix, AZ 85009** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Ridge Home Management, LLC**            Case number (*if known*) _____
         Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| Debtor | **Ridge Home Management, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds** . *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Ridge Home Management, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 15, 2025**
MM / DD / YYYY

**X** **/s/ Lawrence Carter**            **Lawrence Carter**
Signature of authorized representative of debtor            Printed name

                                                            Email Address of debtor

Title **Member**

**18. Signature of attorney**

**X** **/s/ Mark J. Giunta**            Date **April 15, 2025**
Signature of attorney for debtor            MM / DD / YYYY

**Mark J. Giunta 015079**
Printed name

**Law Office of Mark J. Giunta**
Firm name

**531 East Thomas Road**
**Suite 200**
**Phoenix, AZ 85012**
Number, Street, City, State & ZIP Code

Contact phone **602-307-0837**    Email address **markgiunta@giuntalaw.com**

**015079 AZ**
Bar number and State

# Ridge Home Management, LLC

A Nevada Limited Liability Company

## RESOLUTION

Lawrence Carter, as Member/Owner of Ridge Home Management, LLC, ("Company"), hereby adopts the following Resolution:

**RESOLVED,** that it is desirable and in the best interest of the Company, its members and other interested parties, that a Voluntary Petition be filed by the Company in the United States Bankruptcy Court for the District of Arizona, praying for relief under Chapter 11 of the Title 11 of the United States Code, and it is

**FURTHER RESOLVED,** that Lawrence Carter, as Member/Owner of the Company, be and hereby is authorized on behalf of the Company to execute, verify and file such Voluntary Petition, the Schedules and Statement of Financial Affairs required by said Code and such other papers as may be necessary or proper in such Title 11 proceedings, and to take any and all action necessary or proper therein, including retention of counsel, accountants, investment bankers and such other professional persons as may be necessary and proper, and it is

**FURTHER RESOLVED,** that the Company is authorized to retain Mark J. Giunta and Liz Nguyen of the Law Office of Mark J. Giunta as counsel for the Debtor.

Dated this 15TH day of April, 2025

_____
Lawrence Carter, as
Member/Owner of Ridge
Home Management, LLC.

Fill in this information to identify the case:

Debtor name: **Ridge Home Management, LLC**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Mojave Electric** 5525 Wynn Road Las Vegas, NV 89118 | | | | | | $22,649.00 |
| **Rainforest Plumbing** 1837 North Rosemont Mesa, AZ 85205 | | | | | | $4,769.00 |

Ridge Home Management, LLC -


MOJAVE ELECTRIC
5525 WYNN ROAD
LAS VEGAS NV 89118


RAINFOREST PLUMBING
1837 NORTH ROSEMONT
MESA AZ 85205


RON SWANSON HOLDINGS, LLC
ATTN: JAMES B. LINDAHL
4550 E MCKELLIPS RD., STE. 101
MESA AZ 85215


STATEWIDE FORECLOSURE SERVICES
2150 E BROWN ROAD, STE 2
MESA AZ 85213

In re  **Ridge Home Management, LLC**  
　　　　　　　　　　　Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Ridge Home Management, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 15, 2025**  
Date

/s/ Mark J. Giunta  
**Mark J. Giunta 015079**  
Signature of Attorney or Litigant  
Counsel for **Ridge Home Management, LLC**  
**Law Office of Mark J. Giunta**  
**531 East Thomas Road**  
**Suite 200**  
**Phoenix, AZ 85012**  
**602-307-0837 Fax:602-307-0838**  
**markgiunta@giuntalaw.com**